No. 92–1384. BARCLAYS BANK, PLC v. FRANCHISE TAX BOARD OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–1551. IN RE MCDONALD;
No. 92–7746. IN RE JOHNSON;
No. 92–7810. IN RE FRANKLIN;
No. 92–7865. IN RE JOHNSON;
No. 92–7946. IN RE BURLISON;
No. 92–8024. IN RE PETARY;
No. 92–8103. IN RE HARRIS;
No. 92–8103. IN RE SALEEM; and
No. 92–8149. IN RE JOHNSON. Petitions for writs of mandamus denied.

No. 92–8093. IN RE WHEATON. Petition for writ of mandamus and/or prohibition denied.

No. 92–74. DEPARTMENT OF REVENUE OF OREGON v. ACF INDUSTRIES, INC., ET AL. C. A. 9th Cir. Certiorari granted.

No. 92–1239. J. E. B. v. ALABAMA EX REL. T. B. Ct. Civ. App. Ala. Certiorari granted.

No. 92–7549. SCHIRO v. CLARK, SUPERINTENDENT, INDIANA STATE PRISON, ET AL. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 92–109. HUNTRESS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1076. NEBRASKA v. KINGSBURY. Ct. App. Neb. Certiorari denied.